UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NATHANIEL SCOVILE aka
NATHANIAL SCOVIL,

    Defendant.

3:11-CR-149-HDM (VPC)

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on May 31, 2012, defendant NATHANIEL SCOVILE aka NATHANIAL SCOVIL pled guilty to Count One of a One-Count Superseding Criminal Information charging him with Receipt of Child Pornography, in violation of Title 18, United States Code, Section 2252A(a)(2) and (b)(1). Superseding Information, ECR No. 41; Plea Memorandum, ECF No. 42; Change of Plea Minutes, ECF No. 44.

This Court finds defendant NATHANIEL SCOVILE aka NATHANIAL SCOVIL agreed to the forfeiture of the property set forth in Forfeiture Allegation of the Superseding Criminal Information. Superseding Information, ECR No. 41; Plea Memorandum, ECF No. 42; Change of Plea Minutes, ECF No. 44.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the

. . .

Superseding Criminal Information and the offense to which defendant NATHANIEL SCOVILE aka NATHANIAL SCOVIL pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 2253:

1. Toshiba laptop, Serial No. 93075902PU;
2. PNY 2 gigabyte SD card;
3. Samsung cell phone, Serial No. RPSS669348E;
4. T-Mobile cell phone, Serial No. SH96DP302392;
5. Digital Concepts Mini Camera (no identifier); and
6. any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Section 2252A(a)(5)(B) ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of NATHANIEL SCOVILE aka NATHANIAL SCOVIL in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and

. . .

state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, Bruce R. Thompson U.S. Courthouse and Federal Building, 400 South Virginia Street, 3rd Floor, Reno, NV 89501.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Greg Addington
> Assistant United States Attorney
> 100 West Liberty Street, Suite 600
> Reno, NV 89501

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 13th day of June, 2012.

*Howard D. McKibben*
UNITED STATES DISTRICT JUDGE